# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KELVIN RAY SMITH (094994)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 14-0790-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 6, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the instant *Petition* shall be considered, in part, as a motion for authorization to proceed with this successive *habeas corpus* application. Therefore;

**IT IS HEREBY ORDERED** that the *Petition* be transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631, in order that the Court may determine whether to grant the Petitioner authorization to file the instant *habeas corpus Petition* in this Court.[4]

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 7.
[4] *See In re: Tony Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

IT IS FURTHER ORDERED that the Clerk of Court administratively close this action until such time as the United States Court of Appeals for the Fifth Circuit authorizes Petitioner to file this successive *habeas corpus* application.

Baton Rouge, Louisiana the 30 day of April, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA